106 A.3d 484

IN THE MATTER OF MARTIN A. GLEASON, AN ATTORNEY
AT LAW (ATTORNEY NO. 045961992).

January 30, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision 14–139, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **MARTIN A. GLEASON** of **BOUND BROOK,** who was admitted to the bar of this State in 1992, should be admonished for violating of *RPC* 1.4(b) (failure to adequately communicate with the client) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.